SO ORDERED.

Dated: April 29, 2010



_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

TIFFANY & BOSCO P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-07560

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Daniel Beeson and Amy Beeson,<br><br>Debtors.<br>_____<br>CitiGroup Global Markets Realty Corp.,<br><br>Movant,<br><br>vs.<br><br>Daniel Beeson and Amy Beeson, Debtors, Lothar Goernitz, Trustee.<br><br>Respondents. | No. 2:09-BK-29890-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #17) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 25, 2006 and recorded in the office of the Maricopa County Recorder wherein CitiGroup Global Markets Realty Corp. is the current beneficiary and Daniel Beeson and Amy Beeson have an interest in, further described as:

> Lot 44, CANYON RIDGE WEST - PARCEL 6, according to Book 508 of Maps, page 30, and Affidavit of Correction recorded in Document No. 2000-655686, records of Maricopa County, Arizona.
>
> EXCEPT all oil, gas and other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizer of every name and description and except all materials which may be essential to production of fissionable material as reserved in Arizona Revised Statutes

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.